IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LYNDA JO CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1016-L |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On October 29, 2015, Magistrate Judge Bernard M. Jones entered his Report and Recommendation in this action brought by plaintiff Lynda Jo Casey for judicial review of the final decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's applications for disability insurance benefits under the Social Security Act. The Magistrate Judge recommended that the decision of the defendant Commissioner be reversed and that the case be remanded for further proceedings.

The court file reflects that the Commissioner filed an Objection to Report and Recommendation, which the court has considered. Plaintiff filed her Response to Defendants' Objection to Magistrate Judge's Report and Recommendation, which has also been considered. Upon *de novo* review, the court finds that the Report and Recommendation should be and is hereby adopted in its entirety. The Magistrate Judge properly found that the

Administrative Law Judge's (ALJ's) legally insufficient analysis of Dr. Jenkins' treating physician opinion requires reversal and remand for further proceedings. The Magistrate Judge was also correct in finding that the Commissioner should also revisit the findings at step four because a proper analysis of the treating physician's opinion could affect the ALJ's step four determination. Therefore, remand is appropriate.

Accordingly, the decision of the Commissioner is **REVERSED.** This matter is **REMANDED** to the Commissioner for further proceedings consistent with the October 29, 2015 Report and Recommendation of the Magistrate Judge.

It is so ordered this 25th day of January, 2016.

/s/ Tim Leonard
TIM LEONARD
United States District Judge